**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| BYJU'S ALPHA, INC., | ) | |
| | ) | Case No. 24-10140 (BLS) |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| BYJU'S ALPHA, INC., | ) | |
| | ) | Adv. Pro. No. 25-50822 (BLS) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| OCI LIMITED and | ) | |
| RUPIN BANKER, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT RUPIN BANKER'S MOTION TO DISMISS**

Defendant Rupin Banker, by and through his undersigned counsel, submits this Motion to Dismiss the Complaint filed by Byju's Alpha, Inc. (the "Debtor" or "Plaintiff") for lack of personal jurisdiction under Federal Rules of Civil Procedure 12(b)(2), made applicable to this Adversary Proceeding by Federal Rule of Bankruptcy Procedure 7012.  Mr. Banker relies on his *Opening Brief in Support of his Motion to Dismiss* ("Opening Brief") filed contemporaneously herewith.

WHEREFORE, for the reasons set forth in the Opening Brief, Mr. Banker respectfully requests that the Court grant his Motion to Dismiss the Complaint for lack of personal jurisdiction and without granting the debtor leave to replead and grant such other and further relief as the Court deems just and proper.

Dated: September 5, 2025

WILKS LAW, LLC

*/s/ David E. Wilks*

David E. Wilks (Bar No. 2793)
D. Charles Vavala, III (Bar No. 6098)
4250 Lancaster Pike, Suite 200
Wilmington, DE 19805
Telephone: 302-225-0850
Email: dwilks@wilks.law
Email: cvavala@wilks.law

*Attorneys for Defendant Rupin Banker*