**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| BYJU'S ALPHA, INC., | ) | |
| | ) | Case No. 24-10140 (BLS) |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| BYJU'S ALPHA, INC., | ) | |
| | ) | Adv. Pro. No. 25-50822 (BLS) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| OCI LIMITED and | ) | |
| RUPIN BANKER, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING DEFENDANT RUPIN BANKER'S MOTION TO DISMISS**

AND NOW, this ____ day of ____, 2025, having considered *Defendant Rupin Banker's Motion to Dismiss*, Defendant's Opening Brief in support of the Motion, and any responses or replies to the Motion; and the Court finding that the Court lacks personal jurisdiction over Defendant Rupin Banker with respect to the allegations contained in the Complaint; it is hereby

**ORDERED** that the Motion is granted as set forth herein; and it is further

**ORDERED** that the Complaint shall be, and hereby is, dismissed with prejudice as against Rupin Banker pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure; and it is further

**ORDERED** that Defendant, Rupin Banker shall be, and hereby is dismissed from this adversary proceeding with prejudice.

_____
The Honorable Brendan L. Shannon
United States Bankruptcy Court