## EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| BYJU'S ALPHA, INC.,[1] | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 24-10140 (BLS) |
| | ) | |
| | ) | Adv. Pro. Case No. 25-50822 (BLS) |
| BYJU'S ALPHA, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| GLAS TRUST COMPANY LLC, | ) | |
| | ) | |
| Intervenor, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| OCI LIMITED and RUPIN BANKER, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER AUTHORIZING THE FILING UNDER SEAL OF
DEBTOR'S AND GLAS TRUST COMPANY LLC'S
OPPOSITION TO RUPIN BANKER'S MOTION TO DISMISS**

Upon the motion (the "Motion")[2] of the Plaintiff for entry of an order (this "Order"),

pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local

Rule 9018-1(d), authorizing the Plaintiff to file portions of the Objection under seal; and it

appearing that there is good and sufficient cause for the relief set forth in this Order; and this Court

having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended*

*Standing Order of Reference* from the United States District Court for the District of Delaware,

dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to

---

[1]  The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is:  BYJU's Alpha, Inc. (4260).  The location of the Debtor's service address for purposes of this Chapter 11 Case is:  1007 N. Market Street Ste. G20 452, Wilmington, Delaware 19801.

[2]  Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

28 U.S.C. § 157(b); and this Court being able to issue a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this District is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and after due deliberation; and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Plaintiff is authorized to file the Objection under seal and redact the Sealed Material pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, Local Rule 9018-1(b), and the Amended Protective Order.

3. The Sealed Material shall not be made available to anyone, except to the Court, the Office of the United States Trustee for the District of Delaware, and counsel to Banker, except as ordered by the Court or otherwise provided for under the Amended Protective Order, and all parties receiving the Sealed Material shall maintain its confidentiality, including in connection with any pleadings filed with this Court.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Plaintiff is authorized and empowered  to take all actions necessary  to implement the relief granted in this Order.

6.      This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.