## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| BYJU'S ALPHA, INC.,[1] | ) | |
| | ) | Case No. 24-10140 (BLS) |
| Debtor. | ) | |
| | ) | |
| | ) | |
| BYJU'S ALPHA, INC., | ) | |
| Plaintiff, | ) | Adv. Pro. No. 25-50822 (BLS) |
| | ) | |
| GLAS TRUST COMPANY LLC, | ) | |
| | ) | **Related Adv. Docket No. 23** |
| Intervenor, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| OCI LIMITED and RUPIN BANKER | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF COMPLETION OF BRIEFING

**PLEASE TAKE NOTICE** that briefing on the *Defendant Rupin Banker Motion to Dismiss Adversary Proceeding* (the "Motion")[Adv. D.I. 39] is now complete and ready for disposition by the Court. The pleadings relevant to the Motion are as follows:

| Tab No. | Date Filed | Adv. D.I. No. | Pleading |
|---|---|---|---|
| 1 | 09/05/2025 | 39 | Motion to Dismiss Adversary Proceeding Filed by Rupin Banker. |
| 2 | 09/05/2025 | 40 | Opening Brief In Support of Defendant Rupin Banker's Motion to Dismiss |

---

[1] The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identificationnumber, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this Chapter 11 case is: 1007 N. Market Street Ste. G20 452, Wilmington, Delaware 19801.

| Tab No. | Date Filed | Adv. D.I. No. | Pleading |
|---------|-----------|---------------|----------|
| 3 | 09/19/2025 | 43 | (SEALED) Brief - Debtor's and GLAS Trust Company LLC's Opposition to Rupin Banker's Motion to Dismiss |
| 4 | 09/24/2025 | 45 | (REDACTED) Debtor's and GLAS Trust Company LLC's Opposition to Rupin Banker's Motion to Dismiss |
| 5 | 09/26/2025 | 46 | Reply Motion to Dismiss Adversary Proceeding Filed by Rupin Banker |

Date:   October 6, 2025
        Wilmington, DE

**WILKS LAW LLC**

 /s/ *David E. Wilks*
David E Wilks (No. 2793) 4250
Lancaster Pike, Suite 200
Wilmington, Delaware 19805
Tel: (302) 225-0858
Email: dwilks@wilks.law