**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BYJU'S ALPHA, INC.,[1] | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 24-10140 (BLS) |
| | ) | |
| | ) | |
| BYJU'S ALPHA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| GLAS TRUST COMPANY, LLC, | ) | |
| | ) | |
| Intervenor-Plaintiff, | ) | Adv. Pro. No. 25-50822 (BLS) |
| | ) | |
| v. | ) | |
| | ) | |
| OCI LIMITED and RUPIN BANKER | ) | |
| | ) | |
| Defendants. | ) | **Ref. Docket No. 528 and Adv. Docket No. 51** |
| | ) | |

**ORDER SHORTENING NOTICE AND OBJECTION PERIODS FOR, AND SCHEDULE AN EXPEDITED HEARING ON, DEBTOR'S MOTION PURSUANT TO BANKRUPTCY RULE 9019 FOR ENTRY OF AN ORDER APPROVING COMPROMISE AND AGREEMENT BETWEEN THE DEBTOR, GLAS TRUST COMPANY LLC, AND OCI LIMITED**

Upon the motion (the "Motion to Shorten") of the above-captioned debtor and debtor-in-possession (the "Debtor") for entry of an order pursuant to Bankruptcy Rule 2002, Local Rules 2002-1(b) and 9006-1(e) and section 105(a) of the Bankruptcy Code for an Order shortening time for notice of the *Debtor's Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Compromise and Agreement Between the Debtor, GLAS Trust Company LLC, and OCI Limited* (the "Motion"); and the Court finding that (a) it has jurisdiction over this matter pursuant

---

[1] The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this Chapter 11 Case is: 1007 N. Market Street Ste. G20 452, Wilmington, Delaware 19801.

33759203

to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) notice of the Motion to Shorten was due and proper under the circumstances; and it appearing that the relief requested in the Motion to Shorten is in the best interests of the Debtor, its estate and creditors; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is GRANTED as set forth herein.

2. Approval of the 9019 Motion will be considered at a hearing scheduled for **November 25, 2025 at 2:00 p.m. (ET)** (the "Hearing").

3. Objections, if any, to the relief requested in the 9019 Motion shall be filed no later than **November 21, 2025 at 4:00 p.m. (ET).**

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

5. The Debtor is hereby authorized and empowered to take such actions as may be necessary to implement and effect the terms and requirements established by this Order.

**Dated: November 18th, 2025**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

33759203