**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) <br> ) <br> BYJU'S ALPHA, INC.,[1] ) Chapter 11 <br> ) <br> Debtor. ) Case No. 24-10140 (BLS) <br> ) <br> ) <br> ) <br> _____ ) <br> ) <br> BYJU'S ALPHA, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> GLAS TRUS COMPANY LLC, ) <br> ) Adv. Pro. No. 25-50822 (BLS) <br> Intervenor, ) <br> ) <br> v. ) <br> ) <br> OCI LIMITED and RUPIN BANKER, ) <br> ) <br> Defendants ) <br> ) <br> _____ ) | |

**NOTICE OF REVISED PROPOSED ORDER**

**PLEASE TAKE NOTICE** that, on November 15, 2025, the above-captioned debtor and debtor in possession (the "Debtor") filed the *Debtor's Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Compromise and Agreement Between the Debtor, GLAS Trust Company, LLC and OCI Limited* [D.I. 526 (sealed), D.I. 527 (redacted), A.D.I. 49 (sealed), A.D.I. 50 (redacted)] (the "9019 Motion"). A proposed form of order approving the 9019 Motion was attached to the 9019 Motion as Exhibit A (the "Proposed Order").

**PLEASE TAKE FURTHER NOTICE** that the Debtor has revised the Proposed Order (the "Revised Proposed Order"). A copy of the Revised Proposed Order is attached hereto as **Exhibit A**. For the convenience of the Court and other interested parties, a blackline comparing the Revised Proposed Order against the Proposed Order is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the 9019 Motion will be held on **November 26, 2025, at 10:30 a.m. (ET)** before the Honorable Brendan L. Shannon in the United

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, DE 19801.

33789358.1

States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th floor, Courtroom No. 1, Wilmington, Delaware 19801.

| | |
|---|---|
| Dated: November 25, 2025<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Kenneth J. Enos*<br>Robert S. Brady (Del. No. 2847)<br>Kenneth J. Enos (Del. No. 4544)<br>Jared W. Kochenash (Del. No. 6557)<br>Timothy R. Powell (Del. No. 6894)<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>rbrady@ycst.com<br>kenos@ycst.com<br>jkochenash@ycst.com<br>tpowell@ycst.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Susheel Kirpalani (admitted *pro hac vice*)<br>Benjamin Finestone (admitted *pro hac vice*)<br>Daniel Holzman (admitted *pro hac vice*)<br>Jianjian Ye (admitted *pro hac vice*)<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Tel.: (212) 849 7000<br>susheelkirpalani@quinnemanuel.com<br>benjaminfinestone@quinnemanuel.com<br>danielholzman@quinnemanuel.com<br>jianjianye@quinnemanuel.com<br><br>*Counsel for the Debtor* |