## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| BYJU'S ALPHA, INC.,[1] | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 24-10140 (BLS) |
| | ) |
| | ) |
| ———————————————————— | ) |
| | ) |
| BYJU'S ALPHA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| GLAS TRUS COMPANY LLC, | ) |
| | ) Adv. Pro. No. 25-50822 (BLS) |
| Intervenor, | ) |
| | ) |
| v. | ) |
| | ) |
| OCI LIMITED and RUPIN BANKER, | ) |
| | ) |
| Defendants | ) |
| | ) |
| | ) |
| ———————————————————— | ) |

### DEBTOR'S MOTION FOR ENTRY OF AN ORDER
### GRANTING LEAVE AND PERMISSION TO FILE A LATE REPLY
### IN SUPPORT OF DEBTOR'S 9019 AND SEALING MOTIONS

The above-captioned debtor and debtor-in-possession (the "Debtor"), hereby moves the

Court (this "Motion"), pursuant to Rule 9006(c) of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules") and Rule 9006-1(d) of the Local Rules of Bankruptcy Practice and Procedure

of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), for entry

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, DE 19801.

of an order (the "Proposed Order"), substantially in the form annexed hereto as **Exhibit A**, granting the Debtor leave and permission to file its late reply (the "Reply"), a copy of which was filed contemporaneous with this Motion, in support of (i) *Debtor's Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Compromise and Agreement Between the Debtor, GLAS Trust Company, LLC and OCI Limited* [D.I. 526 (sealed), D.I. 527 (redacted), A.D.I. 49 (sealed), A.D.I. 50 (redacted)] and (ii) *Debtor's Motion, Pursuant to Section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018, for Entry of an Order Authorizing the Filing Under Seal of Motion to File Under Seal Certain Confidential Information Included in Debtor's Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Compromise and Agreement Between the Debtor, GLAS Trust Company, LLC and OCI Limited* [D.I. 531, A.D.I. 52] (collectively, the "9019 Pleadings").  In support of this Motion, the Debtor respectfully represents as follows:

## JURISDICTION AND VENUE

1.       The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334(b), and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.       Pursuant to Local Rule 9013-1(f) the Debtor consents to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

3.       Venue of this chapter 11 case and this Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

33789116.1

4.      The statutory and legal predicates for the relief requested herein are section 105 title 11 of the United States Code (the "Bankruptcy Code"), Bankruptcy Rules 2002(a) and 9006(c)(1), and Local Rules 9029-3 and 9006-1(c) and (e).

## BACKGROUND

5.      On February 1, 2024 (the "Petition Date"), the Debtor commenced a voluntary case under chapter 11 of the Bankruptcy Code in the Court.  The Debtor is authorized to operate its business as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No official committee has been appointed in this chapter 11 case, and no request has been made for the appointment of a trustee or an examiner.  Additional information regarding the Debtor, its capital structure, and the circumstances leading to the filing of this chapter 11 case is set forth in the *Declaration of Timothy R. Pohl, Director, CEO, and Secretary of BYJU's Alpha, Inc., in Support of the Debtor's Chapter 11 Petition* [D.I. 3].

6.      On October 29, 2025, the Court entered its Order [D.I. 517] confirming the *Amended Combined Disclosure Statement and Chapter 11 Plan of BYJU's Alpha, Inc.* [D.I. 475] (the "Plan").  The Plan has not yet gone effective.

## LEAVE TO FILE THE REPLY

7.      On November 15, 2025, the Debtor filed the 9019 Pleadings together with a motion seeking shortened notice so that the 9019 Pleadings could be considered on an expedited basis.

8.      On November 18, 2025, the Court entered its Order [D.I. 530] scheduling the 9019 Pleadings for hearing on November 25, 2025 at 2:00 p.m. (ET) (the "Hearing"), and setting an objection deadline with respect to the 9019 Pleadings of November 21, 2025 at 4:00 p.m. (ET) (the "Objection Deadline").  In order to accommodate certain parties in interest, the Court authorized that the Hearing be rescheduled to November 26, 2025 at 10:30 a.m. (ET).

9.      On November 24, 2025, Camshaft Capital Fund, L.P., Camshaft Capital Advisors, LLC, Camshaft Capital Management LLC, Riju Ravindran, and Rupin Banker filed objections to the 9019 Pleadings.  *See* D.I. 536, 537, and A.D.I. 55 (collectively, the "Objections").

10.     Pursuant to Local Rule 9029-3, "Delaware Counsel shall file the agenda in the bankruptcy case . . . with the Bankruptcy Court on or before 12:00 p.m. prevailing Eastern Time two (2) business days before the date of the hearing."  The deadline to file the agenda for the Hearing was Monday, November 24, 2025 at 12:00 p.m. (ET).  Further, pursuant to Local Rule 9006-1(d), "[r]eply papers . . . may be filed by 4:00 p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda."  The Debtor's deadline to file the Reply under the Local Rules was therefore Friday, November 21, 2025 at 4:00 p.m. (ET) (the "Reply Deadline"), which, as noted above, was also the Objection Deadline.

11.     By this Motion, the Debtor respectfully requests that the Court enter an order granting the Debtor leave and permission to file the Reply in support of the 9019 Pleadings and to respond to the various arguments asserted in the Objections.  Because the Objection Deadline and the Reply Deadline were the same time, the Debtor required additional time to prepare the Reply. The Debtor submits that the Reply will assist the Court in its consideration of the 9019 Pleadings and the Objections, by further developing the record with respect to the issues raised in the Objections. Accordingly, permitting the Debtor to file the Reply is reasonable and appropriate under the circumstances.

## NOTICE

12.     The Debtor will provide notice of this motion to: (a) Office of the United States Trustee for the District of Delaware; (b) counsel to GLAS; (c) counsel to OCI; (d) counsel to Banker; (e) counsel to Camshaft Capital Fund, L.P., Camshaft Capital Advisors, LLC, Camshaft

Capital Management LLC, Riju Ravindran; and (f) all parties that have filed a notice of appearance and request for service of papers pursuant to Bankruptcy Rule 2002.  In light of the nature of the relief requested herein, the Debtor submits that no other or further notice is necessary.

### CONCLUSION

WHEREFORE, the Debtor respectfully request entry of the Proposed Order, substantially in the form attached hereto as **Exhibit A** (i) granting the relief requested herein, and (ii) granting such other relief as is just and proper.

Dated: November 25, 2025
      Wilmington, Delaware      **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

      */s/ Kenneth J. Enos*
      Robert S. Brady (Del. No. 2847)
      Kenneth J. Enos (Del. No. 4544)
      Jared W. Kochenash (Del. No. 6557)
      Timothy R. Powell (Del. No. 6894)
      1000 North King Street
      Wilmington, Delaware 19801
      Telephone: (302) 571-6600
      Facsimile: (302) 571-1253
      rbrady@ycst.com
      kenos@ycst.com
      jkochenash@ycst.com
      tpowell@ycst.com

      -and-

      **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
      Benjamin Finestone (admitted pro hac vice)
      Kate Scherling (admitted pro hac vice)
      Jordan M. Nakdimon (admitted pro hac vice)
      295 Fifth Avenue
      New York, New York 10016
      Tel.: (212) 849 7000
      benjaminfinestone@quinnemanuel.com
      katescherling@quinnemanuel.com
      jordannakdimon@quinnemanuel.com

      Counsel for Plaintiff-Debtor, BYJU's Alpha, Inc.