# EXHIBIT A

**Proposed Order**

33789116.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) <br> ) <br> BYJU'S ALPHA, INC.,[1] )    Chapter 11 <br> ) <br>                 Debtor. )    Case No. 24-10140 (BLS) <br> ) <br> ) <br> ) <br> ) <br> BYJU'S ALPHA, INC., ) <br> ) <br>                 Plaintiff, ) <br> ) <br> GLAS TRUS COMPANY LLC, ) <br> )    Adv. Pro. No. 25-50822 (BLS) <br>                 Intervenor, ) <br> ) <br>                 v. ) <br> ) <br> OCI LIMITED and RUPIN BANKER, ) <br> ) <br>                 Defendants )    Ref. Docket No. _____ <br> ) <br> ) <br> ) | |

**ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF AN ORDER**
**GRANTING LEAVE AND PERMISSION TO FILE A LATE REPLY**
**IN SUPPORT OF DEBTOR'S 9019 AND SEALING MOTIONS**

Upon the *Debtor's Motion for Entry of an Order Granting Leave and Permission to File a Late Reply in Support of Debtor's 9019 and Sealing Motions* (the "Motion")[2] filed by the above-captioned debtor and debtor in possession (collectively, the "Debtor"); and this Court having

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, DE 19801.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

33789116.1

reviewed the Motion; and this Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(b) and 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and this Court having found that venue of this case and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found and determined that the relief sought in the Motion is in the best interests of the Debtor, its estate, its creditors, and all other parties in interest; and this Court having determined that the legal and factual basis set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED as set forth herein.

2. Pursuant to Local Rule 9006-1(d), the Debtor is granted leave and permission to file the Reply, and the Reply is deemed timely filed as a matter of record in this chapter 11 case.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

33789116.1