**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| BYJU'S ALPHA, INC., [1] | ) |
| | ) Case No. 24-10140 (BLS) |
| Debtor. | ) |
| _____ | ) |
| | ) |
| BYJU'S ALPHA, INC., | ) |
| Plaintiff, | ) |
| | ) |
| GLAS TRUST COMPANY, LLC, | ) |
| | ) |
| Intervenor-Plaintiff, | ) Adv. Pro. No. 25-50822 (BLS) |
| | ) |
| v. | ) |
| | ) |
| OCI LIMITED and RUPIN BANKER | ) |
| | ) |
| Defendants. | ) |

**<u>REQUEST FOR ORAL ARGUMENT</u>**

Pursuant to Rule 7007-3 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, Defendant Rupin Banker respectfully requests oral argument in connection with his *Motion to Dismiss Adversary Proceeding Filed by Rupin Banker* [Adv. Pr. D.I. 39] (the "**Motion to Dismiss**"). Byju's Alpha, Inc. and GLAS Trust Company LLC filed a brief in opposition to the Motion to Dismiss on September 24, 2025, and Rupin Banker filed a reply brief on September 26, 2025. *See* [Adv. Pr. D.I. 43 & 46]. Mr. Banker filed a Notice of Completion of Briefing on October 6, 2025. *See* [Adv. Pr. D.I. 48]. Mr. Banker believes that oral argument with respect to the Motion to Dismiss will be useful to the Court in ruling on the issues presented therein.

---

[1] The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this Chapter 11 Case is: 1007 N. Market Street Ste. G20 452, Wilmington, Delaware 19801.

Respectfully submitted,

DATED: December 23, 2025

WILKS LAW, LLC

/s/ *Matthew C. Conover*
David Wilks (DE Bar No. 2793)
Matthew C. Conover (DE Bar No.7558)
4250 Lancaster Pike, Suite 200
Wilmington, Delaware 19805
(302) 225-0850
dwilks@wilks.law
mconover@wilks.law

*Attorneys for Rupin Banker*