**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) |
| BYJU'S ALPHA, INC.,[1] | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 24-10140 (BLS) |
| | ) |
| | ) |
| | ) |
| BYJU'S ALPHA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| GLAS TRUS COMPANY LLC, | ) Adv. Pro. No. 25-50822 (BLS) |
| | ) |
| Intervenor, | ) |
| | ) |
| v. | ) |
| | ) |
| OCI LIMITED and RUPIN BANKER, | ) |
| | ) |
| Defendants | ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON MARCH 19, 2026 AT 10:00 A.M. (ET)**

---

**AS NO MATTERS ARE GOING FORWARD THE HEARING HAS BEEN CANCELLED.**

---

**ADJOURNED MATTER**

1.    Defendant Rupin Banker's Motion to Dismiss [D.I. 39; 9/5/25]

      Related Documents:

      A.    Defendant Rupin Banker's Opening Brief in Support of His Motion to Dismiss [D.I.
            40, 9/5/25]

---

[1]   The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number,
      is: BYJU's Alpha, Inc. (4260).  The location of the Debtor's service address for purposes of this chapter 11 case
      is: 1007 N. Market St. Ste. G20 452, Wilmington, DE 19801.

B.    Debtor's and GLAS Trust Company LLC's Opposition to Defendant Rupin Banker's Motion to Dismiss [D.I. 43 (sealed); D.I. 45 (redacted), 9/19/25]

C.    Plaintiff's Motion for an Order Authorizing the Filing Under Seal of Debtor's and GLAS Trust Company LLC's Opposition to Rupin Banker's Motion to Dismiss [D.I. 44, 9/19/25]

D.    Defendant Rupin Banker's Reply Memorandum in Support of His Motion to Dismiss [D.I. 46, 9/26/25]

E.    Notice of Completion of Briefing [D.I. 48, 10/6/25]

F.    Defendant Rupin Banker's Request for Oral Argument [D.I. 65, 12/23/25]

Status: At the direction of the Court, this matter is being rescheduled to a date and time to be determined.

Dated: March 17, 2026
Wilmington, Delaware          **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kenneth J. Enos*
Robert S. Brady (Del. No. 2847)
Kenneth J. Enos (Del. No. 4544)
Jared W. Kochenash (Del. No. 6557)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
rbrady@ycst.com
kenos@ycst.com
jkochenash@ycst.com

-and-

34094532.1

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Benjamin Finestone (admitted pro hac vice)
Kate Scherling (admitted pro hac vice)
Jordan M. Nakdimon (admitted pro hac vice)
295 Fifth Avenue
New York, New York 10016
Tel.: (212) 849 7000
benjaminfinestone@quinnemanuel.com
katescherling@quinnemanuel.com
jordannakdimon@quinnemanuel.com

Counsel for Plaintiff-Debtor, BYJU's Alpha, Inc.

34094532.1

3